```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 36911
   VEVA JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-8875

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/05/2004 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 04/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT       INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
HONOR FINANCE              SECURED             4800.00          552.32       4800.00
HONOR FINANCE              UNSECURED           1853.54             .00        185.35
A ALL FINANCIAL            UNSECURED         NOT FILED             .00            .00
AMERICASH LOANS LLC        UNSECURED           1655.21             .00        165.52
CASH TO GO                 UNSECURED OTH       876.40              .00         86.82
CITIZENS BANK              UNSECURED            732.69             .00         73.27
CITY OF CHICAGO PARKING    UNSECURED           1415.00             .00        141.50
SYSTEM CREDIT              UNSECURED         NOT FILED             .00            .00
ROUNDUP FUNDING LLC        UNSECURED OTH       880.37              .00         87.21
NATIONAL CHECK TRUST       UNSECURED         NOT FILED             .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED               .00             .00            .00
ASSET ACCEPTANCE CORP      UNSECURED OTH       835.80              .00         82.79
AT & T BANKRUPCTY          UNSECURED         NOT FILED             .00            .00
CITY OF CHICAGO            UNSECURED         NOT FILED             .00            .00
SIR FINANCE                UNSECURED           1224.00             .00        122.40
TCF NATIONAL BANK          UNSECURED         NOT FILED             .00            .00
COMMONWEALTH EDISON        UNSECURED OTH      1059.09              .00        104.92
SBC                        UNSECURED            397.43             .00         39.74
ZALUTSKY & PINSKI LTD      DEBTOR ATTY        2,694.00                       2,694.00
TOM VAUGHN                 TRUSTEE                                             535.44
DEBTOR REFUND              REFUND                                              344.41

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE               10,015.69

PRIORITY                                              .00
SECURED                                          4,800.00
   INTEREST                                        552.32
UNSECURED                                        1,089.52

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 36911 VEVA JOHNSON
```

```
ADMINISTRATIVE                                              2,694.00
TRUSTEE COMPENSATION                                          535.44
DEBTOR REFUND                                                 344.41
                                      ---------------   ---------------
TOTALS                                     10,015.69         10,015.69
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
   Dated: 07/28/08            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```